IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 17-cv-01744-RBJ | Date: October 27, 2017 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| RUBEN ARAGON | *Christopher Beall* |
| JOHN SPRING | *Neil Cohen* |
| ROBERT WIEGHARD | *Arash Jahanian* |
| DAVID POOLE | *Sara Neel* |
| GEORGE MILLER | *Mark Silverstein* |
| EDWARD KANETA | |
| JAMES BRATT | |
| AARON MILLER | |
| **Plaintiffs** | |
| v. | |
| RICK RAEMISCH | *Christopher W. Alber* |
| RENAE JORDAN | *Nicole S. Gellar* |
| RISHI ARIOLA-TIRELLA | *Jennifer F. Kemp* |
| **Defendants** | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

Court in Session: 9:31 a.m.

Appearance of counsel.

Discussion held on claims, defenses, and settlement.

**NINE DAY BENCH TRIAL** is set for **November 5, 2018, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **September 28, 2018, at 9:00 a.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Parties are

to have exchanged and conferred on exhibit lists and witness lists and are to be prepared to discuss any disputed pretrial matters at the Trial Preparation Conference.

**The Court accepts the proposed limits and deadlines which include:**

Parties are limited to 10 depositions per side, exclusive of experts.  Each deposition is limited to 5 hours.

Discovery dispute procedure outlined.

Discovery cut-off:  June 27, 2018.

Dispositive motion deadline:  July 27, 2018.

**STATUS CONFERENCE** set for **January 19, 2018, at 8:30 a.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Discussion held on pending motion and discovery needed between now and the status conference.

**HEARING ON CLASS CERTIFICATION** is set for **March 21, 2018, at 9:00 a.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Discussion held on documents to be produced by the defense and protective orders.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  10:17 a.m.            Hearing concluded.            Total time in Court:  00:46