IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01744-RBJ

RUBEN ARAGON, *et al.*,

    Plaintiffs,

v.

RICK RAEMISCH, *et al.*,

    Defendants.

## JOINT NOTICE OF MEDIATION SESSION

The Plaintiffs, through counsel, and Defendants, through the Colorado Attorney General, hereby submit this Notice concerning the private mediation session which the parties conducted on August 8, 2018, before the Hon. Boyd N. Boland (ret.) at Judicial Arbiter Group, Inc.: During the mediation, the parties reached agreement on settlement terms and executed a Settlement Term Sheet, pursuant to which the settlement terms are to be reviewed by the Colorado State Claims Board. Pending approval by that Board, the parties anticipate that they will thereafter file a joint motion to request that this civil action be administratively closed for the duration of the settlement terms and thereafter, pending final completion of the settlement terms, this action would be finally dismissed. In light of the foregoing, the parties jointly request that all pending deadlines for this matter be stayed until their filing of the anticipated motion to administratively close this matter.

Respectfully submitted this  15th  day of August, 2018.

                CYNTHIA H. COFFMAN
                Attorney General

s/ Christopher P. Beall
Christopher P. Beall
Fox Rothschild LLP
1225 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.292.1200
Fax: 303.292.1300
Email: cbeall@foxrothschild.com
In cooperation with the
ACLU Foundation of Colorado

s/ Mark Silverstein
Mark Silverstein
ACLU Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Phone: 303.777.5482
Fax: 303.777.1773
Email: msilverstein@aclu-co.org

*Attorneys for Plaintiffs*

*s/ Nicole Gellar*
*s/Chris Alber*
NICOLE S. GELLAR
CHRIS W. ALBER*
Senior Assistant Attorney General
Civil Litigation & EmploymentSection
Attorneys for Defendants
1300 Broadway, 10th Floor
Denver, CO  80203
Telephone:  (720) 508-6614
FAX:  (720) 508-6032
Email:  nicole.gellar@coag.gov
chris.alber@coag.gov
*Counsel of Record

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this  15th  day of August, 2018, I electronically filed the foregoing Joint Notice of Mediation Session with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 *s/ Christopher P. Beall*