IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01744-RBJ

RUBEN ARAGON, *et al.*,

    Plaintiffs,

v.

RICK RAEMISCH, *et al.*,

    Defendants.

## JOINT STATUS REPORT & MOTION FOR EXTENSION OF TIME

    The Plaintiffs, through counsel, and Defendants, through the Colorado Attorney General, hereby submit this Status Report and request for an extension of the deadline set in the Court's minute order (Dkt. No. 90) to file a motion to administratively close this case, in light of the parties' progress toward finalizing the terms of the settlement reached during a private mediation session on August 8, 2018.

    In the interim since the parties' last report (Dkt. No. 89), the parties have made progress on obtaining signatures on the finalized formal settlement agreement that implements the parties' Settlement Term Sheet agreement, which had been entered into at the mediation session. The Plaintiffs have not yet completed that signature-gathering process because of the intervening Thanksgiving holiday and the dispersion of the various Plaintiffs at multiple correctional facilities around the state. The parties are hopeful that they will be

able to complete the gathering of the Plaintiffs' signatures shortly, and once that is done, the Settlement Agreement can then be signed and implemented by the State Controller.

In the Court's last minute order (Dkt. No. 90), the Court directed that the parties submit a joint motion to administratively close this case by December 17, 2018. However, because the process of finalizing the Settlement Agreement has not yet been completed, the parties jointly request that this deadline be extended to January 17, 2019.

In light of the foregoing, the parties jointly request that they be allowed a further thirty days to file the anticipated motion to administratively close this case.

Respectfully submitted this __17th__ day of December, 2018.

<table>
<tr><td>

*s/ Christopher P. Beall*
Christopher P. Beall
Fox Rothschild LLP
1225 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Phone: 303.292.1200
Fax: 303.292.1300
Email: cbeall@foxrothschild.com
In cooperation with the
ACLU Foundation of Colorado


*s/ Mark Silverstein*
Mark Silverstein
ACLU Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Phone: 303.777.5482
Fax: 303.777.1773
Email: msilverstein@aclu-co.org

*Attorneys for Plaintiffs*

</td><td>

CYNTHIA H. COFFMAN
Attorney General

*s/ Nicole Gellar*
*s/Chris Alber*
NICOLE S. GELLAR
CHRIS W. ALBER*
Senior Assistant Attorney General
Civil Litigation & EmploymentSection
Attorneys for Defendants
1300 Broadway, 10th Floor
Denver, CO  80203
Telephone:  (720) 508-6614
FAX:  (720) 508-6032
Email:  nicole.gellar@coag.gov
chris.alber@coag.gov
*Counsel of Record

*Attorneys for Defendants*

</td></tr>
</table>

### Notice of ECF Service

Pursuant to the new Fed. R. Civ. P. 5(d)(1)(B), no certificate of service is required for this filing because it has been filed with the Court using the ECF-CM electronic filing system, which will automatically generate and serve a notice of this filing.