IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01744-RBJ

RUBEN ARAGON, *et al.*,

    Plaintiffs,

v.

RICK RAEMISCH, *et al.*,

    Defendants.

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

The Plaintiffs, through counsel, and Defendants, through the Colorado Attorney General, hereby respectfully submit the following Joint Motion to Administratively Close Case pursuant to D.C.COLO.LCivR 41.2.  In support thereof, the Parties state as follows:

## CERTIFICATE OF CONSULTATION

Pursuant to D.C.COLO.LCivR 7.1(A), the parties met and conferred regarding the subject matter of this Motion.  The Parties jointly seek the relief requested herein.

## GROUNDS FOR MOTION

On August 8, 2018, the parties participated in a private mediation session before the Hon. Boyd N. Boland (ret.) at Judicial Arbiter Group, Inc.  During the mediation, the parties reached agreement on settlement terms and executed a Settlement Term Sheet.  In the subsequent months, the parties negotiated a full settlement agreement, obtained the necessary signatures, and Defendants made full

monetary payment for attorney fees in accordance with the terms of the settlement agreement.

Pursuant to the parties settlement, the parties have agreed to seek administrative closure of this case during the pendency of the agreement. Presuming the parties continue to meet their obligations during the pendency of the agreement, and no motion to re-open the case is filed, the parties obligations under the settlement agreement terminate at the end of fiscal year 2019-20 (June 30, 2020).

Accordingly, the parties request that the Court, pursuant to D.C.COLO.LCivR 41.2, administratively close this case for the duration of the settlement agreement, at the conclusion of which, on or after June 30, 2020, each party is authorized to submit a Joint Stipulated Motion to Dismiss the case with prejudice.

The request is not made for any improper purpose and no party will be prejudiced by the requested extension.

WHEREFORE, in light of the foregoing, the parties jointly request that the Court administratively close this case pursuant to D.C.COLO.LCivR 41.2.

Respectfully submitted this 22nd day of April, 2019.

                                          PHILIP J. WEISER
                                          Attorney General

| *s/ Sara Neel* | *s/Chris Alber* |
|---|---|
| Sara Neel | NICOLE S. GELLAR |
| Mark Silverstein | CHRIS W. ALBER* |
| ACLU Foundation of Colorado | Senior Assistant Attorney General |
| 303 E. Seventeenth Ave., Suite 350 | Civil Litigation & EmploymentSection |

2

3

Denver, Colorado 80203  
Phone: 303.777.5482  
Fax: 303.777.1773  
Email: sneel@aclu-co.org  
Email: msilverstein@aclu-co.org  

DANA KATZ  
Fox Rothschild LLP  
1225 Seventeenth Street, Suite 2200  
Denver, Colorado 80202  
Phone: 303.292.1200  
Fax: 303.292.1300  
Email: cbeall@foxrothschild.com  
In cooperation with the  
ACLU Foundation of Colorado  

*Attorneys for Plaintiffs*

Attorneys for Defendants  
1300 Broadway, 10th Floor  
Denver, CO  80203  
Telephone:  (720) 508-6614  
FAX:  (720) 508-6032  
Email:  nicole.gellar@coag.gov  
chris.alber@coag.gov  
*Counsel of Record  

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2019, I electronically filed the foregoing Joint Motion to Administratively Close Case with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

Mark Silverstein
Sara R. Neel
Arash Jahanian
ACLU of Colorado
303 East 17th Avenue, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
snel@aclu-co.org
ajahanian@aclu-co.org

Jacob Jeffrey Baer
Neal Stuart Cohen
Shoshana Rosenthal
Dana Katz
Fox Rothschild LLP – Denver
1225 17th Street
Denver, CO 80202-5516
jbaer@foxrothschild.com
ncohen@foxrothschild.com
srosenthal@foxrothschild.com
cbeall@foxrothschild.com

*Counsel for Plaintiff*

*Courtesy Copies:*
Adrienne Jacobson, CDOC

*s/ Chris W. Alber*